IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER WILLINGHAM**                                                                                                  **PLAINTIFF**
**ADC #161936**

v.                                            No. 4:24-cv-00225-LPR-JJV

**JAMES DOBBS, et al.**                                                                                                  **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 13). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff may proceed with his individual-capacity claims against Defendants Strom, Dobbs, and Wilkerson alleging punishment without due process of law, retaliation for filing grievances, use of excessive force, failure to protect from that use of force, and denial of adequate medical care for his injuries. All other claims are DISMISSED without prejudice.[1] The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith. The Court also wishes to make clear that many of the claims described in the first sentence of this paragraph are being allowed through screening only out of an extreme abundance of caution. The Court would not be surprised if a strong motion to dismiss knocked out many of these claims.

---

[1] This includes, but is by no means limited to, the failure to protect claim detailed in the carryover paragraph from pages 2–3 of the PRD.

IT IS SO ORDERED this 9th day of July 2024.

                                                                  _____
                                                                  LEE P. RUDOFSKY
                                                                  UNITED STATES DISTRICT JUDGE