**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CHRISTOPHER WILLINGHAM**                                          **PLAINTIFF**
**ADC #161936**

**v.**                          **No. 4:24-cv-00225-LPR-JJV**

**JAMES DOBBS, et al.**                                          **DEFENDANTS**

## ORDER

On October 9, 2024, the parties attended a settlement conference before United States Magistrate Judge Joe J. Volpe and reached an agreement for settlement.[1]  Now before the Court is Defendants' Motion to Dismiss Due to Settlement (Doc. 42).  Defendants state that the parties have reached a settlement of all claims in this case, and that "[a] condition of the settlement is that the Plaintiff dismisses with prejudice his claims against the Defendants in this matter."[2]  Because Plaintiff is proceeding *pro se*, Defendants' counsel filed the Motion to Dismiss the case with prejudice.[3]  The Court has delayed ruling on Defendants' Motion for more than three weeks in order to allow Plaintiff adequate time to file a response in opposition to the Motion.  No such response has been filed.

Accordingly, Defendants' Motion to Dismiss Due to Settlement (Doc. 42) is GRANTED and this case is DISMISSED with prejudice.  The Clerk is instructed to close this case.  The Court will retain jurisdiction of this matter for ninety (90) days to ensure compliance with the terms of the parties' settlement agreement.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in

---

[1] *See* Civil Case Minutes (Doc. 41).

[2] Mot. to Dismiss (Doc. 42).

[3] *Id*.

good faith.

IT IS SO ORDERED this 22nd day of November 2024.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE