# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHRISTOPHER WILLINGHAM**  **PLAINTIFF**
**ADC #161936**

v. No. 4:24-cv-00225-LPR-JJV

**JAMES DOBBS, et al.**  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 22nd day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE